■ L.T.B. CONSTRUCTION COMPANY, INC., Respondent, v PORT OF OSWEGO AUTHORITY, Appellant. (Appeal No. 1.)—Order unanimously affirmed with costs. Memorandum: Sixteen months after filing a trial note of issue, defendant moved to be relieved of its failure to serve and file a timely demand for jury trial (see, CPLR 4102). Defendant failed to demonstrate factually that failure to demand a jury trial was inadvertent or unintentional and failed to assert any excuse for its delay in seeking relief. Under the circumstances, the trial court's denial of defendant's motion was not an abuse of discretion (see, Green v Siben, 104 AD2d 923; Keller v Keller, 66 AD2d 960).

PORT OF OSWEGO AUTHORITY, Appellant and Third-Party Plaintiff-Appellant. STETSON-HARZA, Formerly Known as STETSON-DALE, Third-Party Defendant-Respondent. (Appeal No. 2.) —Order unanimously affirmed without costs. Same memorandum as in *L.T.B. Construction Co. v Port of Oswego Auth.* ([appeal No. 1] 154 AD2d 903 [decided herewith]). (Appeal from order of Supreme Court, Oswego County, Hurlbutt, J.—sever third-party action.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.